IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 4:06cr72-RH

DANIEL RING,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 50) and the objections (document 51). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The defendant's petition for writ of habeas corpus (document 48) is DISMISSED without prejudice to the filing of a timely motion for relief from his conviction and sentence under 28 U.S.C. § 2255. The clerk must enter judgment and close the file.

SO ORDERED this 20th day of May, 2008.

                                                          s/Robert L. Hinkle
                                                          Chief United States District Judge