# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO.  4:06cr72-RH/AK

DANIEL RING,

       Defendant.

_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 56) and the objections (document 61).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk must enter judgment stating, "The defendant's motion for relief under 28 U.S.C. §2255 (document 54) is DENIED WITH PREJUDICE." The clerk must close the file.

    SO ORDERED on October 1, 2008.

                         s/Robert L. Hinkle_____
                         Chief United States District Judge